## The People of the State of Illinois ex rel. Catherine Murphy, Appellee, v. Edward Frowley, Appellant.

### Gen. No. 18,830.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN D. TURNBAUGH, Judge, presiding. Heard in this court at the October term, 1912. Reversed and remanded. Opinion filed March 9, 1914

### Statement of the Case.

Bastardy proceeding by The People of the State of Illinois ex rel. Catherine Murphy against Edward Frowley, in the Municipal Court of Chicago. From a judgment of guilty on trial by the court without a jury, defendant appeals.

JOSEPH E. RYAN, for appellant.

MACLAY HOYNE, for appellee; ZACH HOFHEIMER, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. EVIDENCE, § 450*—*when comparison of signatures erroneous.* The genuineness of a signature cannot be proved by comparison with other admittedly genuine handwriting or signatures not admissible in evidence for other purposes, and not already a part of the record.

2. BASTARDS, § 20*—*burden of proof.* In a bastardy proceeding the burden is upon complainant to prove her claim by a preponderance of the evidence.

3. BASTARDS, § 22*—*when evidence insufficient.* In a bastardy proceeding, where complainant testified to two acts of intercourse, one by force and the other with her consent, while defendant denied ever having knowingly seen her until several months after complainant became pregnant, and testified that owing to an injury he had been incapable of having intercourse for a period of twenty years, offering to submit to an examination by a physician appointed by the court, it was *held* that judgment of guilty was against the greater weight of evidence.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.